# EXHIBIT A

CENIA GARCIA         **Plaintiff**
      vs.
HOME EXPRESSIONS, INC., ET AL     **Defendant**

**Person to be served (Name & Address):**
HOME EXPRESSIONS, INC.
195 RARITAN CENTER PARKWAY
EDISON, NJ 08837

**Attorney:**
KEVIN COSTELLO, ESQ.

Superior Court of New Jersey
Law Division
Middlesex County
Docket Number: MID-L-001008-21

## AFFIDAVIT OF SERVICE

(For Use by Private Service)



STS2021005884

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** Letter, Summons, Complaint, Demand to Preserve Evidence, Jury Demand, Rule 4:5-1 Certification, Designation Of Trial Counsel, Plaintiff's First Set of Interrogatories Directed to Defendants, Definitions, Instructions, Interrogatories, Certification, Plaintiff's First Request For Production Of Documents, Certification, CIS, Track Assignment Notice, Lawyers Referral List

**Service Data:**

Served Successfully __X__    Not Served_____    Date: _2/25/2021_     Time: _1:25 pm_        Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

_Tal Chalough_

_Authorized Agent/Vice President_

**Description of Person Accepting Service:**

Sex: _M_    Age: _35_    Height: _5'9"_    Weight: _175_    Skin Color: _White_      Hair Color: _Black_

**Comments or Remarks:**

**Server Data:**

Subscribed and Sworn to before me on 3|11|2021
by the affiant who is personally known to me.

NOTARY PUBLIC

**Carla P. Gomes**
**NOTARY PUBLIC**
**STATE OF NEW JERSEY**
MY COMMISSION EXPIRES    02/12/2025

I, Christopher Obie, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    3|11|21
Signature of Process Server      Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2021005884
Ref: NA

**COSTELLO & MAINS, LLC**
By: Jacquelyn R. Matchett
Attorney I.D. No. 107622014
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
(856) 727-9700
Attorneys for Plaintiff

| | |
|---|---|
| CENIA GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>HOME EXPRESSIONS, INC. and JOHN DOES 1-5 and 6-10.<br><br>        Defendants. | SUPERIOR COURT OF NEW JERSEY<br>MIDDLESEX - LAW DIVISION<br><br>CIVIL ACTION<br><br>DOCKET NO: MID-L-1008-21<br><br>SUMMONS |

**From The State of New Jersey to the Defendant Named Above:**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf

/s/   Michelle M. Smith
Clerk of the Superior Court

DATED: February 23, 2021

Name of Defendant to be Served:        Home Expressions, Inc.
Address of Defendant to be Served:     195 Raritan Center Parkway
                                       Edison, NJ 08837

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st FL, Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Courthouse, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Streets
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl. Court House
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House – 1st Floor
583 Newark Avenue
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Middlesex Vicinage
2nd Floor – Tower
56 Paterson Street
New Brunswick, NJ 08903

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 866-0020

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
71 Monument Park
P.O. Box 1269
Freehold, NJ 07728

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Washington and Court Streets
P.O. Box 910
Morristown, NJ 07963

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market Street
P.O. Box 29
Salem, NJ 08079

LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, NJ 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207

**LAWYER REFERRAL**
(908) 353-4715
**LEGAL SERVICES**
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvedere, NJ 07823

**LAWYER REFERRAL**
(973) 267-5882
**LEGAL SERVICES**
(973) 475-2010

**COSTELLO & MAINS, LLC**
By: Kevin M. Costello, Esquire
Attorney I.D. No. 024411991
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
(856) 727-9700
Attorneys for Plaintiff

| | | |
|---|---|---|
| CENIA GARCIA, | : | SUPERIOR COURT OF NEW JERSEY |
| | : | MIDDLESEX - LAW DIVISION |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| HOME EXPRESSIONS, INC. and JOHN | : | DOCKET NO: |
| DOES 1-5 and 6-10. | : | |
| | : | |
| Defendants. | : | **COMPLAINT AND JURY DEMAND** |

Plaintiff, Cenia Garcia, residing in Middlesex County, New Jersey, by way of Complaint against the Defendants, says:

<u>**Preliminary Statement**</u>

This matter is opened to the Court for violations of the Families' First Corona Virus Response Act ("FFCRA").

<u>**Identification of Parties**</u>

1.      Plaintiff Cenia Garcia is, at all relevant times herein, a resident of the State of New Jersey and a former employee of the Defendants.

2.      Defendant Home Expressions, Inc. is, upon information and belief, a business entity maintaining citizenship and domicile in the State of New Jersey, conducting business at 195 Raritan Center Parkway, Edison, New Jersey 08837, and at all relevant times herein was the employer of Plaintiff.

1

2cv-05998-KM-JBC   Document 1-1   Filed 03/19/21   Page 9 of 16 PageID: 12

3.      Defendants John Does 1-5 and 6-10, currently unidentified, are individuals and/or entities who, on the basis of their direct acts or on the basis of *respondeat superior*, are answerable to the plaintiff for the acts set forth herein.

## General Allegations

4.      Plaintiff began working as a logistics coordinator and administrative assistant for Defendants in or around December 2018.

5.      At all relevant times herein, Plaintiff performed her duties up to or beyond the reasonable expectations of her employer.

6.      Due to the Covid-19 pandemic, Plaintiff began working from home in or around the second week of March 2020.

7.      Plaintiff is able to perform her all the essential functions of her position remotely without issue.

8.      In or around early June 2020, Plaintiff's supervisor, Ike Asaff, requested Plaintiff return to the office five days per week.

9.      As Plaintiff's three school aged children, ranging from ages 6 to 13, were still going to school virtually, Plaintiff made a request for leave under the Expanded Family Medical Leave Act ("FMLA").

10.     In response to the request, Defendants instructed Plaintiff to continue to work from home.

11.     In or around July 2020, Plaintiff began going into the office approximately two days per week.

12.     Plaintiff continued to work from home for the remaining three days without issue.

13.    Plaintiff had a meeting with Assaf on or around September 16, 2020, where he informed Plaintiff she had to come back to the office five days per week.

14.    As Plaintiff's children were back in virtual learning, Plaintiff responded to Assaf she would have to see if this could be accommodated.

15.    On or around September 18, 2020, Assaf called Plaintiff explaining she could work two days from the office, but she would only paid for the days she was physically there.

16.    At no point in time were Plaintiff's FFCRA benefits explained to her by Defendants.

17.    Due to the significant pay cut which would result from working two days per week, Plaintiff requested she earn more per hour.

18.    Assaf responded that the owner, Jack Chalouh, would disapprove of the request.

19.    On or around September 23, 2020, Plaintiff's replacement was hired.

20.    On or around September 25, 2020, Plaintiff asked Assaf about her work status and whether he had discussed her pay request with Chalouh.

21.    Assaf did not respond to Plaintiff.

22.    On or around September 28, 2020, Plaintiff met with Assaf again to discuss her status.

23.    Assaf indicated he had not heard anything from Chalouh.

24.    On or around October 2, 2020, Plaintiff was terminated.

25.    Plaintiff's coworker texted her on that date stating Chalouh was screaming in the office that he did not want to hear Plaintiff's name or see her face again.

26.    Chalouh also stated he did not care if Plaintiff had children.

3

27.     At no point during Plaintiff's employ was she informed of the FFCRA or benefits available to her.

28.     At no point, in time was Plaintiff unable to perform the essential functions of her job while working remotely.

29.     A determinative and/or motivating factor in Plaintiff's termination was Defendants' attempt to interfere with Plaintiff receiving benefits pursuant to the FFCRA.

30.     As a result of the actions of Defendants, Plaintiff has been forced to suffer economic and emotional harm.

31.     Because the actions of Defendant were egregious and because member of upper management participated in and/or were willfully indifferent to the same, punitive damages are warranted.

## COUNT I

### FFCRA Violation

32.     Plaintiff hereby repeats and re-alleges paragraphs 1 through 31, as though fully set forth herein.

33.     The conduct set forth above constitutes a violation of the FFCRA and is the responsibility of Defendants both in compensatory and punitive damages for the reasons set forth above.

WHEREFORE, Plaintiff demands judgment against the Defendants jointly, severally and in the alternative, together with compensatory damages, non-economic compensatory damages, punitive damages, interest, cost of suit, attorneys' fees, enhanced attorneys' fees, equitable back pay, equitable front pay, equitable reinstatement and any other relief the Court deems equitable and just.

## COUNT II

### Request for Equitable Relief

34.     Plaintiff hereby repeats and re-alleges paragraphs 1 through 33 as though fully set forth herein.

35.     Plaintiff requests the following equitable remedies and relief in this matter.

36.     Plaintiff requests a declaration by this Court that the practices contested herein violate New Jersey law as set forth herein.

37.     Plaintiff requests that this Court order the defendants to cease and desist all conduct inconsistent with the claims made herein going forward, both as to the specific plaintiff and as to all other individuals similarly situated.

38.     To the extent that plaintiff was separated from employment and to the extent that the separation is contested herein, plaintiff requests equitable reinstatement, with equitable back pay and front pay.

39.     Plaintiff requests, that in the event that equitable reinstatement and/or equitable back pay and equitable front pay is ordered to the plaintiff, that all lost wages, benefits, fringe benefits and other remuneration is also equitably restored to the plaintiff.

40.     Plaintiff requests that the Court equitably order the defendants to pay costs and attorneys' fees along with statutory and required enhancements to said attorneys' fees.

41.     Plaintiff requests that the Court order the defendants to alter their files so as to expunge any reference to which the Court finds violates the statutes implicated herein.

42.    Plaintiff requests that the Court do such other equity as is reasonable, appropriate and just.

WHEREFORE, plaintiff demands judgment against the defendants jointly, severally and in the alternative, together with compensatory damages, punitive damages, interest, cost of suit, attorneys' fees, enhanced attorneys' fees, equitable back pay, equitable front pay, equitable reinstatement, and any other relief the Court deems equitable and just.

**COSTELLO & MAINS, LLC**


By:  /s/Kevin M. Costello_____
Kevin M. Costello

Dated: February 17, 2021

6

## DEMAND TO PRESERVE EVIDENCE

1.      All defendants are hereby directed and demanded to preserve all physical and electronic information pertaining in any way to plaintiff's employment, to plaintiff's cause of action and/or prayers for relief, to any defenses to same, and pertaining to any party, including, but not limited to, electronic data storage, closed circuit TV footages, digital images, computer images, cache memory, searchable data, emails, spread sheets, employment files, memos, text messages and any and all online social or work related websites, entries on social networking sites (including, but not limited to, Facebook, twitter, MySpace, etc.), and any other information and/or data and/or things and/or documents which may be relevant to any claim or defense in this litigation.

2.      Failure to do so will result in separate claims for spoliation of evidence and/or for appropriate adverse inferences.

COSTELLO & MAINS, LLC

By:  /s/Kevin M. Costello_____
Kevin M. Costello

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

COSTELLO & MAINS, LLC

By:  /s/Kevin M. Costello_____
Kevin M. Costello

7

## RULE 4:5-1 CERTIFICATION

1.  I am licensed to practice law in New Jersey and am responsible for the captioned

    matter.

2.  I am aware of no other matter currently filed or pending in any court in any

    jurisdiction which may affect the parties or matters described herein.

COSTELLO & MAINS, LLC

By:  /s/Kevin M. Costello_____
     Kevin M. Costello

## DESIGNATION OF TRIAL COUNSEL

Kevin M. Costello, Esquire, of the law firm of Costello & Mains, LLC, is hereby-

designated trial counsel.

COSTELLO & MAINS, LLC

By:  /s/Kevin M. Costello_____
     Kevin M. Costello

# Civil Case Information Statement

**Case Details: MIDDLESEX | Civil Part Docket# L-001006-21**

**Case Caption:** GARCIA CENIA  VS HOME EXPRESSIONS, INC.

**Case Initiation Date:** 02/17/2021

**Attorney Name:** KEVIN MICHAEL COSTELLO

**Firm Name:** COSTELLO & MAINS, LLC

**Address:** 18000 HORIZON WAY STE 800

MT LAUREL NJ 080544319

**Phone:** 8567279700

**Name of Party:** PLAINTIFF : GARCIA, CENIA

**Name of Defendant's Primary Insurance Company**
**(if known):** Unknown

**Case Type:** EMPLOYMENT (OTHER THAN CEPA OR LAD)

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same**

**transaction or occurrence)?** NO

**Are sexual abuse claims alleged by:** CENIA GARCIA? NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Employer/Employee

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
      **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
      **If yes, for what language:**


**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

02/17/2021                                                                                     /s/ KEVIN MICHAEL COSTELLO
Dated                                                                                         Signed