UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| CENIA GARCIA,<br><br>                Plaintiff,<br><br>vs.<br><br>HOME EXPRESSIONS, INC. and JOHN DOES 1-5 and 6-10,<br><br>                Defendants. | Civil Action No.<br><br>**RULE 7.1 CORPORATE DISCLOSURE**<br>*Document Electronically Filed* |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Home Expressions, Inc. hereby discloses as follows:

    1.    Home Expressions, Inc. is a New Jersey State corporation, with its principal place of business in New Jersey.

    2.    There is no parent corporation of Defendant, Home Expressions, Inc. and thus no parent corporation owns ten percent (10%) or more of the stock of Home Expressions, Inc.

    3.    No publicly held corporation owns ten percent (10%) or more of the stock of Home Expressions, Inc.

                                                                                         **GOLDBERG SEGALLA LLP**
                                                                                      *Attorneys for Defendant*
                                                                                      *Home Expressions, Inc.*

By: _/s/ Caroline J. Berdzik_____
                       Caroline J. Berdzik, Esquire

Dated: March 19, 2021

29419080